JUDGMENT

FILED: December 31, 1998

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

FILED

JAN 2 5 1999

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

NO. 98-4291
CR-96-40

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

FLOYD RAYMOND LOOKER, a/k/a Ernest B. Ray, a/k/a Ray

Defendant - Appellant

NO. 98-4292
CR-96-41

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

FLOYD RAYMOND LOOKER, a/k/a Ernest B. Ray, a/k/a Ray

Defendant - Appellant

NO. 98-4293
CR-96-42

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

FLOYD RAYMOND LOOKER, a/k/a Ernest B. Ray, a/k/a Ray

216

Defendant - Appellant

NO. 98-4294
CR-96-43

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

FLOYD RAYMOND LOOKER, a/k/a Ernest B. Ray, a/k/a Ray

        Defendant - Appellant

---------------------
Appeal from the United States District Court for the
Northern District of West Virginia at Wheeling
---------------------

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court.

/s/ Patricia S. Connor
_____
CLERK

A TRUE COPY, TESTE:
Patricia S. Connor, Clerk
BY _____
Deputy Clerk